UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAREN LITTLEFAIR,<br><br>Defendant | Criminal No. 19CR10463<br><br>Violation:<br><br>Count One: Conspiracy to Commit Wire Fraud (18 U.S.C. § 1349) |

INFORMATION

At all times relevant to this Information:

General Allegations

1.  The defendant, KAREN LITTLEFAIR ("LITTLEFAIR"), was a resident of Newport Beach, California.

2.  The Edge College & Career Network, LLC, also known as "The Key," was a for-profit college counseling and preparation business based in Newport Beach, California that was established in or about 2007 and registered in California in or about 2012.

3.  The Key Worldwide Foundation ("KWF") was a non-profit corporation founded in or about 2012 and based in Newport Beach, California.

4.  William "Rick" Singer was a resident, variously, of Sacramento and Newport Beach, California. Singer founded and, together with others, operated The Key and KWF.

5.  Mikaela Sanford was a resident of Sacramento, California. Sanford was employed in various capacities for The Key and KWF.

6.  Georgetown University ("Georgetown") was a highly selective private university located in Washington, D.C.

## The Conspiracy

7. Beginning in or about 2017 through in or about April 2018, the defendant, KAREN LITTLEFAIR, conspired with others known and unknown to the United States Attorney to hire individuals to secretly take classes on behalf of her son to facilitate her son's graduation from Georgetown. Specifically, LITTLEFAIR agreed with Singer and Sanford to pay an amount, ultimately totaling $9,000, to have a Key employee ("Key Associate 1") take online classes in place of her son and submit the credits for those classes to Georgetown to facilitate his graduation.

## Object and Purpose of the Conspiracy

8. The principal object of the conspiracy was to commit wire fraud, in violation of Title 18, United States Code, Section 1343. The principal purpose of the conspiracy was to help LITTLEFAIR's son graduate from Georgetown.

## Manner and Means of the Conspiracy

9. Among the manner and means by which the defendant and others known and unknown to the United States Attorney carried out the conspiracy were the following:

   a. Having a third party take online classes offered by Georgetown in place of LITTLEFAIR's son;

   b. Having a third party take an online class offered by another university in place of LITTLEFAIR's son; and

   c. Submitting the fraudulently obtained online class grades to Georgetown so that LITTLEFAIR's son could to earn the academic credits required to graduate from Georgetown.

## Acts in Furtherance of the Conspiracy

10.   On various dates from in or about 2017 through in or about April 2018, the defendant and others known to the United States Attorney committed and caused to be committed the following acts, among others, in furtherance of the conspiracy:

   a.   On or about June 1, 2017, Singer wrote in an e-mail to LITTLEFAIR that "we have someone to take the classes" and that he would "let you know what it will take to complete so we can bill."

   b.   On or about June 4, 2017, LITTLEFAIR sent an e-mail to Sanford with the subject line "Classes start today." In the e-mail, LITTLEFAIR asked Sanford, "Will you be creating a new email address to submit work to the Prof? Maybe we can talk live tomorrow. I need to better understand how this works." Sanford replied, "Yes, a new email account was created … ".

   c.   During the summer of 2017, Key Associate 1 secretly took two online classes offered by Georgetown in place of LITTLEFAIR's son.

   d.   On or about August 4, 2017, LITTLEFAIR paid $6,197 to The Key for the two online classes completed by Key Associate 1 on behalf of LITTLEFAIR's son.

   e.   In or about the fall of 2017, Key Associate 1 began secretly taking a third online class offered by Georgetown in place of LITTLEFAIR's son.

   f.   On or about October 15, 2017, LITTLEFAIR e-mailed Sanford and Key Associate 1 regarding requirements for the class being taken by Key Associate 1. The class required video conferences with the professor. In

the e-mail, LITTLEFAIR wrote that, because her son would be out of the country, Key Associate 1 "should have a stand in for [my son] that is highly briefed by [Key Associate 1]. Probably sitting next to [Key Associate 1] at this appointment." Key Associate 1 confirmed that if LITTLEFAIR's son was unavailable for the meeting with the professor then she would "take care of the meeting" with the professor by using a "fellow male colleague" to stand in for LITTLEFAIR's son.

g. On or about January 3, 2018, LITTLEFAIR sent an e-mail to Singer and Sanford. In the e-mail, LITTLEFAIR wrote that they needed to do "one more online course in Spring 2018" for credit at Georgetown, and she asked Singer if he had any "proven [h]istory courses" from a "public school" that she could present to Georgetown for credit. LITTLEFAIR added that she was "[g]oing to need help for sure with one more course."

h. In January and February 2018, Key Associate 1 secretly took an online class offered by Arizona State University in place of LITTLEFAIR's son.

i. The credits earned at Arizona State University were then sent to Georgetown and credited to LITTLEFAIR's son on his academic transcript.

j. On or about April 9, 2018, The Key sent LITTLEFAIR an invoice for $3,000, which was for the classes taken by Key Associate 1 in the fall of 2017 and the spring of 2018. LITTELFAIR responded that she thought she would be given a "discount" because the "grade [Key Associate 1 earned] was a C and the experience was a nightmare!"

k.  Singer replied that he would not discount the invoice because the "process was a nightmare for all."

l.  On or about April 18, 2018, LITTLEFAIR paid $3,000 to The Key for the classes completed by Key Associate 1 on behalf of LITTLEFAIR's son.

m.  On or about May 19, 2018, LITTLEFAIR's son graduated from Georgetown based, in part, on the academic credits fraudulently earned by Key Associate 1 on his behalf.

## COUNT ONE
Conspiracy to Commit Wire Fraud
(18 U.S.C. § 1349)

The United States Attorney charges:

11. The United States Attorney re-alleges and incorporates by reference paragraphs 1-10 of this Information.

12. From in or about 2017 through in or about April 2018, in the Central District of California and elsewhere the defendant,

### KAREN LITTLEFAIR,

conspired with others known and unknown to the United States Attorney to commit wire fraud, that is, having devised and intending to devise a scheme and artifice to defraud and to obtain money and property, to wit, an undergraduate degree from Georgetown, by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to execute the scheme, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1349.

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: /s/ Eric S. Rosen

ERIC S. ROSEN
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
Assistant United States Attorneys

Date: December 9, 2019