JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** III     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number ~~19-MJ-6087-MPK~~
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: KAREN LITTLEFAIR     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Newport Beach, CA

Birth date (Yr only): 1962    SSN (last4#): 4788    Sex: W    Race: White    Nationality: USA

**Defense Counsel if known:** Kenneth Julian, Esq.     **Address** Manatt, Phelps & Phillips, LLP

**Bar Number** _____     695 Town Center Drive, 14th Floor
    Costa Mesa, CA 92626

**U.S. Attorney Information:**

AUSA: Eric S. Rosen     Bar Number if applicable: NY4412326

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/09/2019     Signature of AUSA: _____

(Stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2019 DEC -9 PM 1:41 FILED IN CLERKS OFFICE)

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Karen Littlefair

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK