# Exhibit A

| | |
|---|---|
| From: | Mikaela Sanford ▮ |
| Sent: | Monday, June 5, 2017 12:16 PM |
| To: | Karen's Email ▮ |
| Cc: | ▮ |
| Subject: | Re: Classes start today |

Yes, a new email account was created but in the event that ▮ does receive anything course related, please forward it along.

Mikaela Sanford
The Key
▮

On Jun 4, 2017, at 11:24 PM, Karen's Email ▮ wrote:

> Perfect. Thank you!  Will you be creating a new email for ▮ to submit work to the Prof?  Maybe we can talk live tomorrow. I need to better understand how this works.
>
>> On Jun 4, 2017, at 11:19 PM, Mikaela Sanford ▮ wrote:
>>
>> I logged into the course earlier this evening and everything is accessible via the class portal. If you receive any emails please forward them along. Other than that we are all set and know where/how to begin.
>>
>> Mikaela Sanford
>> The Key
>>
>>
>>
>>
>>
>>
>>
>>
>>> On Jun 4, 2017, at 11:15 PM, ▮ wrote:
>>>
>>> I spoke to ▮ last night. He had not heard anything from the Peace and Justice professor. He was going to try and email him, or her. How do we proceed?
>>>
>>
>

# Exhibit B

**From:** Karen Littlefair ███████████████
**Sent:** Sunday, October 15, 2017 6:56 PM
**To:** ███████████████
**Subject:** ██████ class

██████ is concerned about Face Recognition and the Georgetown Data Base. He feels he should do the Face Time with the Professor. Apparently there's only one meeting like this. Makes me nervous but I guess if he gets briefed well? Your thoughts?

Have a great day!

Karen

# Exhibit C

# GEORGETOWN UNIVERSITY
## First-year Application for Admission
## Personal Data Form

*Deadline for return (please check one)*
☐ EARLY ACTION – NOVEMBER 1, 2011
☒ REGULAR DECISION – JANUARY 10, 2012

**Candidate Information** (please print or type)

Social Security Number: ▮▮▮

Last Name (Family): **Littlefair**
First Name (Given): ▮▮▮
Middle Name: ▮▮▮
☒ Male  ☐ Female

Preferred name or nickname, if not first name above: _____

Birth Place — City: ▮▮▮   State/Country: ▮▮▮
Date of Birth (month, day, year): ▮▮▮

Home (permanent) address
▮▮▮

Mailing address for school year (only if different from above) _____
To be used until _____
Street Address _____   Phone _____
City _____   State/Country _____   Postal/Zip Code _____

**Parent/Guardian's Name and address**
Relationship: **Mother**
☒ Mrs.  ☐ Ms.  ☐ Miss  ☐ Mr.  ☐ Dr.

Last Name (family): **Littlefair**
First Name (given): **Karen**
Middle/Maiden Name: _____
Date of Birth: _____
Birth Place: ▮▮▮
Home address ☒ is ☐ is not same as above

**Parent/Guardian's Name and address**
Relationship: **Father**
☐ Mrs.  ☐ Ms.  ☐ Miss  ☒ Mr.  ☐ Dr.

▮▮▮

**IMPORTANT NOTES ON THE GEORGETOWN ADMISSIONS PROCEDURE**

1. Please carefully read the complete instructions printed in the accompanying *Information for Candidates*.
2. We encourage you to return this Personal Data Form as soon as possible so we may open your admissions file and track any documents sent in support of your application.
3. Be certain to include the nonrefundable $65.00 application fee with this Personal Data Form and mail it to the Office of Undergraduate Admissions, Georgetown University, Washington, DC 20057-1002. Please make sure your check is payable in U.S. currency and write your Social Security number on the check.
4. Complete the required information on the top portion of the Secondary School Report, Mid-Year Report, and the Teacher's Report and give them to the appropriate persons.
5. Arrange for an official record of your test scores to be sent to Georgetown by the Educational Testing Program of the College Board and/or the American College Testing Program.

*Personal Data Form · College · Business · Foreign Service · Nursing & Health Studies*

VB-RECORDS-00048095

Have the following members of your family graduated from or are they currently attending Georgetown University?
☐ Father   ☐ Mother   ☐ Brother   ☐ Sister   ☐ Other Relative(s)   ☒ No Relatives

Are you or your parent(s) presently employed by Georgetown University?
☐ Yes, Faculty   ☐ Yes, Staff   ☒ No

Religious preference: ███████

☐ U.S. Permanent Resident; Country of citizenship: ███████
☐ Neither a U.S. citizen nor U.S. Permanent Resident; Country of citizenship: ███████

███████████████████████████████████████

**List other secondary schools you have attended in the past four years**

| Name of School | Location (street, city, state, zip) | Dates of Attendance |
|---|---|---|
| | | |
| | | |

The Georgetown program to which I anticipate applying is (check one):

☒ Georgetown College          ☐ School of Nursing & Health Studies
☐ McDonough School of Business   ☐ Walsh School of Foreign Service

**Check if you are applying for Early Action**
All credentials must be postmarked by November 1, 2011. For further information, please consult the *Undergraduate Admissions Prospectus* or the *Information for Candidates* that you received with this application.

**Check if you will be applying for Financial Aid**
Please consult the *General Information* page included in this mailing or the *Undergraduate Admissions Prospectus*, available from the Office of Undergraduate Admissions.

### WAIVER OF ACCESS – ADMISSIONS INTERVIEW REPORTS

Interviews with members of local Alumni Admissions Committees are a part of the Georgetown admissions process. Summaries of these interviews are normally included in the student's file for use in the admissions process and in counseling by officials at Georgetown University. In accordance with the Family Educational Rights Privacy Act of 1974, indicate your choice by checking one of the following options:

███████████████████████████████████████

The applicant and parent or guardian understand, and agree, that this Application, the Secondary School Report, and the Teacher's Report and any other information received by the Admissions Office as part of the admissions process are the property of Georgetown University and shall be strictly confidential and shall not be disclosed to anyone other than officials of Georgetown University except at the discretion of the Dean of Admissions. Enrolled students have access to the contents of their files except for confidential documents to which access has been waived by the student.

It is further agreed and understood by both the prospective student and parents that Georgetown University is a private institution, and as such, retains the right to terminate a student's matriculation at any time his or her academic performance is seriously deficient or his or her conduct becomes injurious to the maintenance of good order or disruptive of an academic atmosphere. The applicant recognizes that students accepted to Georgetown University commit themselves to academic integrity through the Honor System. Upon matriculation, all students will be asked to sign the Honor Pledge. The applicant also affirms that the information and statements contained in the application are true, correct and complete.

Date ███████   Student's Signature ███████

Date 11-21-2011   Parent's or Guardian's Signature   Karen Littlefair

VB-RECORDS-00048096

GEORGETOWN UNIVERSITY
# First-year Application for Admission

*Deadline for return (please check one)*
☐ EARLY ACTION – NOVEMBER 1, 2011
☒ REGULAR DECISION – JANUARY 10, 2012

**Candidate Information** (please print or type)

Littlefair

Home Address | City | State/Country | Postal/Zip Code

Phone Number | Mobile Phone Number | E-mail Address

List the extracurricular activities in which you have been most involved, in order of importance to you.

| Activity | Years Participated fresh | soph | jr | sr | Approx. time spent hrs/wk | wks/yr | Position Held or Awards |
|---|---|---|---|---|---|---|---|
| USTA & So Cal Tennis | X | X | X | X | 6 | 52 | Regional and local ranked player |

List any employment experiences you have had during the last four years.

| Employer | Position | Hours Per Week | Dates |
|---|---|---|---|
| Employer | Position | Hours Per Week | Dates |

Indicate any special talents or skills that you possess.

Check if you will be applying for Financial Aid *(Be sure to include your SSN on the top of this form in the space provided.)*
Please consult the *General Information* page included in this mailing or the *Undergraduate Admissions Prospectus*, available from the Office of Undergraduate Admissions.

Check if you are applying for Early Action
All credentials must be postmarked by November 1, 2011. Additionally, all completed testing must be submitted to Georgetown University by November 1, 2011. Please submit future testing as soon as it is available. For further information please consult the *Undergraduate Admissions Prospectus* or the *Information for Candidates* that you received with this application.

(OPTIONAL)
You are requested to attach a recent photograph of yourself. A passport photograph will do.

Print your name on the back of the photograph and write the date when it was taken. Staple in this space (do not paste).

First-year Application for Admission

☒ College
○ Business
○ Foreign Service
○ Nursing & Health Studies

1

VB-RECORDS-00048097

Please check the school and program to which you are applying. You may only apply to <u>one</u> of the four schools.

[X] **Georgetown College**

*Applicants to Georgetown College must choose one of the following divisions:*

[REDACTED]

**FACULTY OF LANGUAGES AND LINGUISTICS**

The Faculty of Languages and Linguistics is a unique liberal arts program within the College with a special commitment to the study of languages, literatures, and cultures other than English, and of linguistics. Majors in the FLL can be combined with any other majors and minors available to College students. Because language acquisition is a long-term commitment, we ask applicants to indicate their choice of major. Students admitted to the FLL must enroll in a course in the major each semester of the first year. Please check one of the following majors:

- ○ Arabic
- ○ Chinese
- ○ Classics
- ○ Comparative Literature
- ○ French
- ○ German
- ○ Italian
- ○ Japanese
- ○ Linguistics
- ○ Portuguese
- ○ Russian
- ○ Spanish

**SCIENCES**

Students who wish to pursue a major in the sciences should choose one area of interest from among the following. Please note that the Computer Science, Mathematics and Physics departments offer both Bachelor of Arts and Bachelor of Science degrees. First-year course work is identical for both degrees and students will confirm which degree they wish to pursue at the end of the year. Please indicate your intended choice of major field:

- ○ Biochemistry
- ○ Biology, Biology of Global Health, Environmental Biology, Neurobiology
- ○ Chemistry
- ○ Computer Science
- ○ Mathematics
- ○ Physics

**PREMEDICAL/PREDENTAL** ☐ *Students interested in preparing for medical or dental school may major in any department of the College. If you intend to have a pre-medical/predental concentration, please check the box and be sure to indicate a tentative major from one of the divisions above.*

**School of Nursing & Health Studies**

Please indicate your choice of program by checking only one of the following:

- ○ Health Care Management and Policy
- ○ Human Science
- ○ International Health
- ○ Nursing

**PREMEDICAL/PREDENTAL** ☐ *Students interested in preparing for medical or dental school may major in any department of the School of Nursing and Health Studies. If you intend to have a pre-medical/predental concentration, please check the box and be sure to indicate a tentative major from one of the divisions above.*

**The Walsh School of Foreign Service**

Students may select an area of concentration in their sophomore or junior year. Please indicate your tentative choice of major field by checking only one of the following:

- ○ International History
- ○ Culture and Politics
- ○ International Political Economy
- ○ International Economics
- ○ Regional and Comparative Studies
- ○ International Politics
- ○ Science, Technology and International Affairs

**The McDonough School of Business**

Students may select an area of concentration in their sophomore or junior year. Please indicate your tentative choice of major field by checking only one of the following:

- ○ Accounting
- ○ Finance
- ○ International Business
- ○ Marketing
- ○ Management
- ○ Operations and Information Management

2

The SAT Reasoning Test or ACT (either required) and three SAT Subject Tests (strongly recommended) should be taken by January of your senior year. Please indicate when you have taken (or will take) these exams. Georgetown does not allow the use of *Score Choice*, and as such you are required to send Georgetown the results of all SAT Reasoning Tests, SAT Subject Tests and ACT exams you have taken. You must place the request to have an official copy of these results sent directly to Georgetown from the testing agency by the application deadline. (ETS code is 5244; ACT code is 0668)

| Parent or Guardian | ☐ Mr. & Mrs. | ☐ Mr. | ☐ Mrs. | X Ms. | ☐ Mr. and Ms. |
|---|---|---|---|---|---|
| | ☐ Dr. & Mrs. | ☐ Dr. & Dr. | ☐ Mr. & Dr. | ☐ Dr. | ☐ Miss |

Karen Littlefair
Name

**Relatives who are employed by Georgetown**

| Name | Relationship | Department/Faculty or Staff | Dates |
|---|---|---|---|
| Name | Relationship | Department/Faculty or Staff | Dates |

**Relatives who have graduated from or are attending Georgetown**

| Last Name (maiden name if applicable) | First Name | Middle Initial | Relationship | School (at Georgetown) | Class | Date of Birth |
|---|---|---|---|---|---|---|
| Last Name (maiden name if applicable) | First Name | Middle Initial | Relationship | School (at Georgetown) | Class | Date of Birth |

At the high school level have you studied in a non-U.S. educational system for one year or more? *Not as a part of a study abroad or an International Exchange Program*

☐ Yes, currently *(please indicate credential or diploma _____)*
☐ Yes, previously *(please indicate educational system _____)*
X No

On the list below, please check all the activities in which you have participated in high school. Then choose the three most important activities and place their numbers in the boxes based on their significance to you.

| FIRST | SECOND | THIRD |
|---|---|---|
| 18 | 7 | 37 |

**VARSITY SPORTS**
☐ Baseball (1)
☐ Basketball (2)
☐ Cheerleader (3)
☐ Crew (4)
☐ Cross Country (5)
☐ Field Hockey (6)
X Football (7)
☐ Golf (8)
☐ Gymnastics (9)
☐ Ice Hockey (10)
☐ Intramural Sports (11)
☐ Lacrosse (12)
☐ Manager (13)
☐ Sailing (14)
☐ Soccer (15)
☐ Softball (16)
☐ Squash (16)
☐ Swimming (17)
X Tennis (18)
☐ Track (19)
☐ Volleyball (20)

**PUBLICATIONS**
☐ Literary Magazine, Editor-in-Chief (21)
☐ Literary Magazine, Staff (22)
☐ School Paper, Editor-in-Chief (23)
☐ School Paper, Staff (24)
☐ Yearbook, Editor-in-Chief (25)
☐ Yearbook, Staff (26)

**PERFORMING GROUPS**
☐ Ballet (27)
☐ Band or Orchestra (28)
☐ Chorus, Glee Club, or Singing Group (29)
☐ Dramatics (30)
☐ Modern Dance (31)
☐ Other Musical Organization (32)

**COMMUNITY OR CIVIC GROUPS**
☐ Junior Achievement (33)
☐ Medical Explorers (34)
☐ Nurse Volunteer Work, Candy Striper (35)
☐ Scouting (36)
X Volunteer Work, Community Action, Tutoring (37)
☐ Youth Religious Group (38)

**PROGRAMS IN WASHINGTON**
☐ Close-Up (39)
☐ Congressional Page or Intern (40)
☐ Presidential Classroom (41)
☐ Washington Workshop (42)

**OTHER SCHOOL ACTIVITIES**
☐ Debate, Forensics, or Oratory (43)
☐ Diversity/Multicultural club (70)
☐ Environmental Advocacy (67)
☐ International Exchange Program (44)
☐ Language Club (45)
☐ Math or Science Club (46)
☐ Model United Nations (47)
☐ National Honor Society (48)
☐ Pep Club (49)
☐ President of the Class (50)
☐ President of Student Council (51)
X Other Offices of Student Council (52)
X Tour Guide (53)
☐ Radio or Television Production (54)

**OTHER ACTIVITIES (PLEASE SPECIFY):**
Community Service (97)   Entrepreneurial Organization (98)   _____ (99)

3

**Short Essay**

In the space available discuss the significance to you of the school or summer activity in which you have been most involved.

Since I can remember, tennis and football have been major parts of my life. Yes they are an interesting pair. I was always bigger than my friends in height and weight growing up so my parents decided that I could dominate in tennis at a young age because of my size and the sport would help me with my balance as I was a little awkward for a while.

My favorite memories as a child were racing off to tennis tournaments all over the country in hopes of becoming a stellar player. My parents did not become over zealous like so many other parents because they knew tennis was a vehicle to learn how to compete and a healthy lifetime activity. My parents were avid tennis players and would take my brother and I on the court every Sunday morning to play doubles. Tennis became the family sport.

## Essay Requirement

Compose two brief essays (*approximately one page each*) on the topics given below. Essays should be typewritten. Attach the required essays to the top of this page.

**Essay One**

ALL APPLICANTS: The Admissions Committee would like to know more about you in your own words. Please respond to one of the following two prompts: (A) Please submit a brief essay, either personal or creative, which you feel best describes you. OR (B) Describe an experience you have had living or working in a diverse community. How might that experience help you to contribute to the life of a university community like Georgetown's?

**Essay Two**

APPLICANTS TO GEORGETOWN COLLEGE: Please relate your interest in studying at Georgetown University to your goals. How do these thoughts relate to your chosen course of study? (If you are applying to major in the FLL or in a Science, please specifically address those interests.)

APPLICANTS TO THE SCHOOL OF NURSING & HEALTH STUDIES: Describe how your experiences or ideas shaped your decision to pursue a health profession and how these experiences or ideas may aid your future contribution to the field.

APPLICANTS TO THE WALSH SCHOOL OF FOREIGN SERVICE: Briefly discuss a current global issue, indicating why you consider it important and what you suggest should be done to deal with it.

APPLICANTS TO THE MCDONOUGH SCHOOL OF BUSINESS: Briefly describe the factors that have influenced your interest in studying business.

Check that all information is accurate and mail to:
The Office of Undergraduate Admissions
37th and O Streets, N.W.
Georgetown University
Washington, DC 20057-1002

4



5

VB-RECORDS-00048101


VB-RECORDS-00048102


VB-RECORDS-00048103

VB-RECORDS-00048104

# Exhibit D

| | |
|---|---|
| **From:** | █████ |
| **To:** | |
| **Subject:** | Record Subpoena request |
| **Date:** | Tuesday, February 26, 2019 12:27:09 PM |
| **Attachments:** | Scanned from a Xerox Multifunction Device.pdf |

█████

Pursuant to your subpoena dated February 21, requesting the tournament/match records for the below named individuals, the USTA has completed its search s and has only located records for 2 individuals:

██████████████████████████████████████

Please do not hesitate to contact me if you have any questions.

Best,

████

██████████████████████████████████████

████ Littlefair, ████████████████ - no record

██████████████████████████████████████

████████████
Senior Counsel
United States Tennis Association
████████████████



*Any legal advice contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above.*

Please consider the environment before you print this e-mail. This e-mail communication (including any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 et seq. This communication is CONFIDENTIAL. Any information contained herein is PRIVILEGED and intended only for disclosure to or use by the person(s) listed above. If you are not the intended recipient(s), you are hereby notified that it is unlawful for you to intercept, endeavor to intercept, or procure any other person to intercept or endeavor to intercept, any wire, oral, or electronic communication. In addition, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by using the "reply" feature and then immediately delete this message and all attachments from your computer. Thank you.

# Exhibit E

# Mater Dei High School

2011-2012 — **Student Visitation Record** — 2/20/2019 — Page 8

| STU# | Student Name | Gndr | Grd | Item | Date | Code Description | Grd | Location | Status | Notified | Followup | Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 53 | 01/18/2012 jr | | 12 | | | | | |
| | | | | | | Comment: cld Mom back, as Mom infmd ac'c c'r that Georgetown may be calling ac'c c'r for some add'l info re if ▓▓▓ has played any tennis; per Mom: stu has played tennis in club teams and country club teams; he has also played tennis with family/ stu rec'd John Huarte FB Award for Scholar-Athlete | | | | | | |
| | | | | | | Staff: | | Start Time: | | End Time: | Total Time: | |
| | | | | 54 | 01/27/2012 jr | | 12 | | | | | |
| | | | | | | Comment: ▓▓▓ | | | | | | |
| | | | | | | Staff: | | Start Time: | | End Time: | Total Time: | |
| | | | | 55 | 01/30/2012 jr | | 12 | | | | | |
| | | | | | | Comment: ▓▓▓ | | | | | | |
| | | | | | | Staff: | | Start Time: | | End Time: | Total Time: | |
| | | | | 56 | 01/31/2012 jr | | 12 | | | | | |
| | | | | | | Comment: Mom called re Georgetown; ans'd all of Mom's qn's and noted her comments re stu's many activities and contributions | | | | | | |
| | | | | | | Staff: | | Start Time: | | End Time: | Total Time: | |
| | | | | 57 | 02/01/2012 jr | | 12 | | | | | |
| | | | | | | Comment: ▓▓▓ | | | | | | |
| | | | | | | Staff: | | Start Time: | | End Time: | Total Time: | |
| | | | | 58 | 02/03/2012 jr | | 12 | | | | | |
| | | | | | | Comment: ▓▓▓ | | | | | | |
| | | | | | | Staff: | | Start Time: | | End Time: | Total Time: | |

VB-RECORDS-00128623