# Exhibit B

# TAB 1

Newport Beach Medical Associates, Inc.

A Private Medical Practice

# Martin I. Bae, M.D.
Diplomate, American Board of Internal Medicine

January 14, 2020

Honorable Allison D. Burroughs
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Courtroom 17, 5th Floor
Boston, MA 02210

RE: Karen Littlefair

Dear Judge Burroughs,

I have had the privilege of knowing Karen Littlefair for nearly 20 years.  Her husband REDACTED first came to see me as a patient in September, 2001.  Needless to say, it was Karen who set up that meeting as most 40 year-old men don't see the need to see a physician.  I have been their family physician since.  I am the physician for Karen's mother, sister, and mother-in-law. I have seen Karen through the loss of her father as well as her sister's husband.  She is the person who coordinates her mother-in-law's healthcare.  Karen takes care of the whole family with a great deal of love and compassion.

Beyond her own family and friends, she has been a vital supporter of our community including the hospital where I work, Hoag Hospital.  She is involved with fundraising for our cancer center each year.  She gives generously of her time and energy for various other causes in the community.  Her efforts are done out of genuine love and care for others.  I have come to know Karen and her family well over the years and they are wonderful family.

I am writing this letter in support of Karen Littlefair.  She is needed not only by her immediate and extended family but all of us in the community.  Thank you for your thoughtful consideration.

Sincerely,

Martin Bae M.D.

# TAB 2

# Keck Medicine of USC

**DEPARTMENT OF MEDICINE**
*Louis A. VanderMolen, M.D.*
*Clinical Professor of Medicine*
*Keck School of Medicine*

June 8, 2020

**RE:** Karen Littlefair
**DOB:** REDACTED

TO WHOM IT MAY CONCERN:

Dear Sirs:

Karen Littlefair has been followed for breast cancer since diagnosis in 2007. Despite previous systemic therapy, she continues to remain at risk for disease recurrence and requires periodic surveillance and followup.

As her physician, I have concerns that incarceration could put her at risk of contracting COVID-19 and suffering significant complications due to her history of breast cancer and radiation. She has had undergone previous hormone therapy as well as radiation therapy.

Prolonged effects on the immune system, due to radiation therapy, would put her at risk for infection, particularly virus infections. In addition, it has had identified that stress can also cause impairment with her immune function leading to increased risk for cancer recurrence.

Historically, she was diagnosed with breast cancer in 2007 at the age of 43 years. She underwent surgery, radiation, as well as prolonged course of hormone therapy initially employing tamoxifen and later Fareston.

There is ample literature that shows cancer survivors are more likely to experience severe events after contracting COVID-19 including requirement for mechanical ventilation, admission to intensive care and death. COVID-19 patients with a history of radiation have a poor prognosis and increased mortality associated with radiation delivered to the chest and chest wall as well as immunosuppressive effects. Of note, Mrs. Littlefair's radiation was delivered to the chest wall.

Considering the above, it is my opinion that Mrs. Littlefair be better served with home confinement in a setting where she could limit stress, but also avoid exposure to COVID-19 and be vulnerable to the consequences thereof.

If further information is required, please feel free to contact myself.

Sincerely

Louis A. VanderMolen, M.D.

LAV/lv-1017

University of Southern California
520 Superior Avenue, Suite 300, Newport Beach, California 92663 • REDACTED



# TAB 3

Newport Beach Medical Associates, Inc.

A Private Medical Practice

# Martin I. Bae, M.D.

Diplomate, American Board of Internal Medicine

May 27, 2020

RE : Karen Littlefair

To Whom It May Concern:

I have known Ms. Littlefair for the past 20 years.  As her physician, I am extremely concerned that incarceration during this COVID-19 pandemic will put her at great risk of contracting the virus.  Nationwide, the known infection rate for COVID-19 is about 2.5 times higher in jails and prisons than in the general population.  I believe that the outbreak could spread and worsen before the situation improves.  Karen had breast cancer in 2006 when she was just 43 years old.  She underwent surgery and radiation therapy.  She subsequently took Tamoxifen for 3 years and then Fareston for another 2 years.   Thankfully, she has done well without any evidence of recurrence despite the risk of having breast cancer at a very young age.  She is seen and monitored on a regular basis by her oncologist.

Incarceration would put Karen at a significantly higher risk of contracting COVID-19. She is a cancer survivor.  She needs to be monitored on a regular basis.  Home confinement would be a much safer option for Karen.  I would like to ask for your careful consideration.  Thank you.

Sincerely,

Martin Bae M.D.