# Exhibit D



UNIVERSITY OF VIRGINIA
OFFICE OF THE UNIVERSITY REGISTRAR
P.O. BOX 400203
CHARLOTTESVILLE, VA 22904-4203
www.virginia.edu/registrar

**REDACTED** Littlefair

Date Printed 05/08/2015

| COURSE NUMBER | COURSE TITLE | GRADE | CREDITS | COURSE NUMBER | COURSE TITLE | GRADE | CREDITS |
|---|---|---|---|---|---|---|---|

**Issued / Mailed To:**

GEORGETOWN UNIVERSITY
OFFICE OF INTERNATIONAL PROGRA
BOX 571013
WASHINGTON, DC 20057

National Id: **REDACTED**
Birthdate:

**Beginning of Undergraduate Record**

### 2015 Spring
School: Executive VP & Provost
Course of Study: Semester at Sea

| | | | | |
|---|---|---|---|---|
| HIST | 2559 | New Course: HIST | C | 3.0 |
| Course Topic: | | WWII in Asia & Africa | | |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| PLIR | 3500 | Special Topics | B | 3.0 |
| Course Topic: | | Cons. & Sust. Marine Resources | | |
| SEMS | 3500 | Topics - Semester at Sea | C | 3.0 |
| Course Topic: | | Global Environment. Challenges | | |

End of Undergraduate Record

Page 1 of 1

**RAISED SEAL NOT REQUIRED**
**OFFICIAL IF DELIVERED IN SEALED ENVELOPE**
This official university transcript is printed on secured paper
and does not require a raised seal.



UNIVERSITY REGISTRAR


# UNIVERSITY OF VIRGINIA
**UREG, Office of the University Registrar**
Carruthers Hall, P.O. Box 400203 • Charlottesville, VA 22904-4203
(434) 924-4122 | www.virginia.edu/registrar | ureg@virginia.edu

## HISTORY
The University of Virginia was chartered in 1819 by the Commonwealth of Virginia upon the recommendation of Thomas Jefferson, third President of the United States and author of the Declaration of Independence. Classes were first held in 1825 and have met continuously since that time. All academic records of students who have ever enrolled at the University in Charlottesville or through centers of the School of Continuing and Professional Studies are the responsibility of the Office of the University Registrar. The following institutions began as branches of the University of Virginia, but now operate as separate institutions and maintain the academic records of students who were enrolled on those campuses when they were branches of the University of Virginia: George Mason University, University of Mary Washington, Eastern Shore Community College, Central Virginia Community College, and Patrick Henry Community College. The University of Virginia's College at Wise is a branch of the University and maintains its own academic records.

## ACCREDITATION
The University of Virginia is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools. Within individual schools, the following academic programs are individually accredited, certified, and/or recognized by external bodies: College and Graduate School of Arts & Sciences - B.S. in Chemistry (ACS), Ph.D. in Psychology-Clinical Program (APA); Curry School of Education (Virginia Board of Education) - Ed.D., Ed.S, Ph.D., and M.Ed. in Administration and Supervision, M.Ed. in Curriculum & Instruction - Reading Education, and teacher education programs (TEAC), M.Ed. in Kinesiology (NATA), M.Ed. in Counselor Education (CACREP), M.Ed. in Speech Communication Disorders (ASHA), Ph.D. in Clinical Psychology (APA); Darden Graduate School of Business Administration - M.B.A. and Ph.D. (AACSB); McIntire School of Commerce - B.S.C., M.S. in Accounting, M.S. in Commerce, and M.S. in Management of Information Technology (AACSB); School of Architecture - M.Arch. (NAAB), M.L.A. (LAAB), B.U.E.P. and M.U.E.P. (PAB); School of Engineering and Applied Science - B.S. in Computer Science (CAC of ABET), B.S. in Aerospace Engineering, B.S. in Biomedical Engineering, B.S. in Chemical Engineering, B.S. in Civil Engineering, B.S. in Computer Engineering, B.S. in Electrical Engineering, B.S. in Mechanical Engineering, and B.S. in Systems Engineering (EAC of ABET); School of Law - J.D. (ABA & AALS); School of Medicine - M.D. (LCME), M.P.H (CEPH); School of Nursing - B.S.N., M.S.N., and D.N.P. (CCNE), B.S.N. and CNL pre-licensure programs (Virginia Board of Nursing).

## CREDIT
The unit of credit at the University is the semester credit. The University uses academic credit as the primary measure by which progress toward completion of an academic program is gauged. In the typical case, one credit must reasonably approximate three hours of academic work per week for approximately 15 weeks or an equivalent amount of academic work over an alternative period of time. In determining the amount of credit awarded for academic work, faculty within each school may take into consideration alternative delivery methods, measurements of student work, academic calendars, disciplines, and degree levels. In addition, faculty may take into consideration the standards established by professional and specialized accreditation entities as well as commonly accepted practice in higher education. This policy establishes a minimum standard that does not restrict faculty from assigning a greater amount of academic work per credit.

## RELEASE OF TRANSCRIPT
The information on this document is considered personally identifiable information from the academic records of a student. This disclosure is made upon the condition that you will not disclose the information to any other party (except to your officers, employees, and agents pursuant to the purpose for which the disclosure is made) without obtaining the prior written consent of the student. This transcript is a record of the student's academic performance and standing only. The student is in good standing unless otherwise noted. This transcript is official when the seal of the University and the signature of the University Registrar appear on the front of each page.

**TO TEST FOR AUTHENTICITY:** The face of this document has a blue background and the name of the institution appears in small print. Apply fresh liquid bleach to the front of this document. If authentic, VOID will appear in six languages.

UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA
UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA
UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA
UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA UNIVERSITY OF VIRGINIA

**ADDITIONAL TEST:** When photocopied, the word COPY appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE. A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Education Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (434) 924-4122.


UVA0000010980

## COURSE NUMBERINGS

| SYSTEM | Through Summer 1974 | Effective Fall 1974 | Effective Fall 2009 |
|---|---|---|---|
| Non-Credit | | 001-099 | 0100-0999 |
| Undergraduate | 001-099 | 100-499 | 1000-4999 |
| Graduate and Professional | 100-500 | 500-999 | 5000-9999 |

## UNDERGRADUATE GRADES AND GRADE POINTS

| | Through Summer 1978 | Effective Fall 1978 | | Through Summer 1978 | Effective Fall 1978 |
|---|---|---|---|---|---|
| A+ | 4.000 | 4.000 | C- | 2.000 | 1.700 |
| A | 4.000 | 4.000 | D+ | 1.000 | 1.300 |
| A- | 4.000 | 3.700 | D | 1.000 | 1.000 |
| B+ | 3.000 | 3.300 | D- | 1.000 | 0.700 |
| B | 3.000 | 3.000 | F | 0.000 | 0.000 |
| B- | 3.000 | 2.700 | E | 0.000 | N.A |
| C+ | 2.000 | 2.300 | Z | 0.000 | N.A |
| C | 2.000 | 2.000 | | | |

Prior to Fall 1944 numerical grades were used. By Fall 1959 all undergraduate schools had changed to the use of letter grades.

## GRADUATE GRADING SYSTEMS

**Graduate Arts and Sciences (lowest grade accepted for degree credit B-)**
Through Summer 1972: A, B+, B, C
Fall 1972 through Summer 1977: DI=Distinguished, HP=High Pass, P=Pass
Fall 1977 through Summer 1980: A, A-, B+, B, F
Effective Fall 1980: A+, A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F

**Graduate Architecture (lowest passing grade B- Fall 1978 to present; B through Summer 1978)**
Prior to Fall 1954: (0-100)
Through Summer 1978: A, B+, B, C, F
Effective Fall 1978: A, A-, B+, B, B-, C, F

**Graduate Business Administration (lowest passing grade C or UP)**
Through Summer 2009: A, B+, B, B-, C, F
Effective Fall 2009: DP=Distinguished Performance, HP=High Performance, SP=Standard Performance, LP=Low Performance, UP=Unsatisfactory Performance, Fail/No Credit (F)

**Graduate Commerce**
Effective Summer 1999: A+, A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F

**Graduate Education (lowest passing grade for degree credit B-)**
Through Summer 1980: A, B+, B, B-, C+, C, C-, D+, D, D-, F
Effective Fall 1980: A+, A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F

**Graduate Engineering and Applied Science (lowest passing grade C)**
Prior to Fall 1959: (0-100)
Through Summer 1978: A, B, C, D, F
Effective Fall 1978: A+, A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F

**Graduate Nursing (lowest passing grade B-)**
Prior to Fall 1978: A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F
Through Summer 2003: A, A-, B+, B, B-, C, F
Effective Fall 2003: A+, A, A-, B+, B, B-, C, F
Effective Fall 2009: A+, A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F

**School of Medicine (lowest passing grade C-, D (conditional))**
Through Summer 1978: A, B, C, D, F
Effective Fall 1978: A+, A, A-, B+, B, B-, C+, C, C-, D+, D, D-, F

**School of Law (lowest passing grade D, 1.0)**
Prior to Fall 1969: 4.0, 3.5, 3.0, 2.5, 2.0, 1.5, 1.0, 0
Fall 1969 through Summer 1972: H*=Outstanding, H=Honors, HP=High Pass, P=Pass, U+=Unsatisfactory/Credit, U=Unsatisfactory, U- =Unsatisfactory/No Credit
Fall 1972 through Summer 1978: (Class of 1975 and future classes) and Summer 1979 (Classes of 1978 and 1980): "Guideline" system: A+, A (10-15%), A- (15-20%), B+ (20-25%), B (20-25%), B- (20-25%), C (0-15%), D (0-10%), F
Fall 1979 (Class of 1980) through Summer 1997: "B mean" system: A+, A, A-, B+, B, B-, C+, C, D, F
Effective Fall 1997: "B+ mean" system: A+ (4.3) A (4.0), A- (3.7), B+ (3.3), B (3.0), B- (2.7), C+ (2.3), C (2.0), D (1.0), F (0.0) (contact Law School directly for details)
Effective Fall 2009: A+ (4.3), A (4.0), A- (3.7), B+ (3.3), B (3.0), B- (2.7), C+ (2.3), C (2.0), D (1.0), F (0.0)

## SPECIAL GRADE NOTATIONS

| | | | | | |
|---|---|---|---|---|---|
| AB | = | Absent from examination | NK | = | No Credit |
| AU | = | Audit | NP | = | Exam not pledged |
| CN | = | Cancellation | NR | = | Non-Resident |
| CR | = | Credit | NU | = | CEU not earned |
| DR | = | Dropped without penalty | P | = | Passing |
| E | = | Conditional failure | S | = | Satisfactory |
| EU | = | Continuing Education unit | SP | = | Authorized delay exam |
| F | = | Failing | U | = | Unsatisfactory |
| IN | = | Course work incomplete | W | = | Withdrew |
| IV | = | Invalid grade reported | WD | = | Withdrew |
| K | = | Credit | WF | = | Withdrew failing |
| N | = | Non-credit course | WP | = | Withdrew passing |
| NC | = | No credit | YR | = | Year-long course |
| NG | = | Grade not reported | | | |

### SPECIAL NOTES
- Any course grade designated by an asterisk is not included in the academic totals. The course is calculated in the GPA only with the approval of the appropriate Dean's office.
- Graduate and Professional Schools do not report GPA's on the official academic transcript.
- Courses graded on a numerical basis may be converted to letter grades in the following manner: 100-93 = A, 92-86 = B, 85-78 = C, 77-75 = D, 74-0 = F.
- Courses taught for credit through the School of Continuing and Professional Studies should be considered for transfer credit in the same manner as any other University course.
- Identifying Codes: ACT 4412, CEEB 5820, FICE 006968