# Exhibit E

# TAB 1

| | |
|---|---|
| **From:** | Trip Glazer |
| **Sent:** | Friday, July 1, 2016 11:33 AM PDT |
| **To:** | **REDACTED** |
| **Subject:** | Re: My work |

Hi <sup>REDACTED</sup>,

I heard from your dean today, asking for more details about the grade change.  Apparently there are many boxes that need to be checked before a grade change will be authorized.  I told him that I fully approve of a grade change in your case, which will hopefully help.  I'll let you know when I hear more.

Best,
Trip

**REDACTED**

**REDACTED**

# TAB 2

| | |
|---|---|
| From: | Joe Napolitano |
| Sent: | Wednesday, September 6, 2017 4:55 PM PDT |
| To: | REDACTED |
| Subject: | Re: Call you Today? |

Dear REDACTED,

IPOL 210 is the only online course that I am aware of that we are offering on the main campus this semester. It's pretty late now, but you can write to Prof. Stephen to ask about adding into that one.

You are welcome to submit a petition requesting a reconsideration of the grade change in the Summer 2016 course, but I think it is very unlikely to be approved. The issue at the time, as I recall, hinged on whether you could provide evidence to confirm that you had been locked out of your Georgetown email account. Unless you have that now, I don't think my colleagues will approve a change at this late date.

Best,

JN

**REDACTED**

**REDACTED**

**REDACTED**