# Exhibit F

**From:** Karen Littlefair
**Sent:** Tuesday, May 1, 2012 10:39 PM PDT
**To:** REDACTED
**Subject:** Littlefair

Hi Coach. My name is Karen Littlefair and my son REDACTED will be a freshman in the Fall. I was reading about your program on the website and thought you may have the perfect fit with my son REDACTED. We live on the water in Newport Beach, CA. We watch the crew boats go by every day. REDACTED grew up here and has been involved with our yacht club and sailing. He ended up a football player in an elite program at Mater Dei High School. He is a leader, competitive and extremely loyal. He does not want to play football at Georgetown but is concerned about not belonging to a team for the first time in years. Today he came home and said maybe I could row.

He is REDACTED (he is still losing since football ended)  He works out almost everyday.  Maybe he should visit the Newport Aquatics Center this summer. Anyway, he would love to hear more about your program and what it takes to walk on, time commitment etc.   I noticed there is a meeting in September.

His email is REDACTED

We are all very excited about Georgetown!   Thank you for your time.
Regards,  Karen Littlefair

Sent from my iPad