# Exhibit G

| | |
|---|---|
| **From:** | Karen Littlefair |
| **Sent:** | Tuesday, July 9, 2013 9:00 AM PDT |
| **To:** | **REDACTED** |
| **Subject:** | Rick Singer |

I like what you wrote to Rick. Please continue to push for some kind of letter acknowledging our contribution. We gave $200 k. Even if you could get confirmation of 100 k it would be good. We can't be the first people to ask. I don't understand his response at all other than to say his office spent a lot of the money on expenses, which is fine.

Please answer him back and be firm about receiving a letter acknowledging a gift to either Georgetown or his Foundation. I doubt we will ever receive credit for our gift in the normal world of development for GT, although it seems ridiculous that we can't. Why can't Gordy generate a letter?

Regards,
    Karen F. Littlefair