# Exhibit H

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

## **The Offense Conduct**

### General Background of the Conspiracy

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

(high school ID).   When asked why he had Littlefair's ID, Singer stated that he had asked **REDACTED** Littlefair for an ID. Singer told **REDACTED** Littlefair that he needed the ID for a movie that he was making.  Karen Littlefair must have known that a test was being taken for **REDACTED** Littlefair. **REDACTED** Littlefair must have told Karen Littlefair that Singer was getting his ID to make a movie. Karen Littlefair would have known that Singer was doing something to get **REDACTED** Littlefair a score

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

On November 1, 2018, Singer told investigators additional information about the tennis

**REDACTED**

Littlefair paid through the Key Worldwide Foundation and thought the money was going to be paid on to Georgetown.

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**

*United States v. Karen Littlefair*, 1:19-cr-10463-ADB

**REDACTED**