# Exhibit I

**REDACTED**   2018-10-30 11-32-06 10924-001                                Page 1

1  **Call Date:** 2018-10-30

2  **Call Duration:** 6:22

3  **Call Begin [] Call End []**

4  **Call Participants:**

5       Rick Singer

6       Karen Littlefair

7  **File Name:**   **REDACTED**   2018-10-30 11-32-06 10924-001

8  **Bates No.:**

9

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

```
4   SINGER:     -- that's what you guys do.  You make charitable,
5           uh, donations.  And this was 1 of your charitable
6           donations.
7   LITTLEFAIR:    Well, that's pretty easy to track, if -- if
8           they looked at our records so --
```

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**   2018-10-30 11-32-06 10924-001                              Page 7

**REDACTED**

**REDACTED**   2018-10-30 11-32-06 10924-001                                Page 8

**REDACTED**