# Exhibit J

# TAB 1

| | |
|---|---|
| **From:** | Karen Littlefair |
| **Sent:** | Wednesday, February 22, 2017 9:38 AM PST |
| **To:** | **REDACTED** ; **REDACTED** |
| **Subject:** | Georgetown Plan |

I spoke to Rick Singer. He can help us with a plan to finish. He needs a copy of <sup>REDACTED</sup> transcript now. He can figure out what type of electives, what level etc, <sup>REDACTED</sup> needs. He has a lot of experience with the On line college as well as papers on work study.

All he needs is a photo of the transcript which shows all courses completed. He doesn't care about grades. 😀

# TAB 2

| | |
|---|---|
| **From:** | Rick Singer |
| **Sent:** | Thursday, February 23, 2017 12:13 PM PST |
| **To:** | REDACTED |
| **CC:** | Karen Littlefair; REDACTED |
| **Subject:** | Re: GT Transcript |

The President will listen and push Dow to his subordinates. At issue is the university's accreditation and fitting the Internships into an independent study/directed study program that has units attached to it. My guess is they have several but would need to get an instructor to become the responsible party of record so REDACTED can write a paper and turn into this person for a grade.

I do not believe he will get 3 classes worth of credit maybe one?

That leaves us with the one or two other classes and getting approval for online courses at an accredited university. Easily done but just need to know what REDACTED has taken and if they have to be upper or lower division.
The person to speak to is probably the VP of Academic Affairs.

Sent from my iPhone

**REDACTED**

**REDACTED**