# Exhibit K

**From:** Richard  REDACTED
**Date:** February 12, 2020 at 7:23:45 AM PST
**To:** Karen Littlefair  REDACTED
**Subject: LAST SEMESTER RESULTS**

My last semester results Mum, I received the parcel and the suits, shirts and the shoes were the best. God bless you so much. Am grateful for your love and care.

| 2019/2020 Sep/Dec | | | | |
|---|---|---|---|---|
| Cumulative | Code | Course Title | Marks | Grade |
| REDACTED | | | | |